UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GARY ALLEN BURTON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:24-cv-1263-MHH-GMB |
| STEVEN T. MARSHALL, | ) |
| Respondent. | ) |

## **ORDER**

On January 2, 2025, the court entered a report recommending the dismissal of Petitioner Gary Allen Burton's claims for failure to prosecute after he failed to comply with the court's order to submit an amended habeas petition. Doc. 8. But on January 7, while the recommendation remained pending, Burton filed an amended petition (Doc. 9) and a motion to proceed *in forma pauperis*. Doc. 10.

Accordingly, it is ORDERED that the report and recommendation (Doc. 8) is WITHDRAWN. Because Burton paid his $5 filing fee on November 25, 2024, it is ORDERED that his motion to proceed *in forma pauperis* (Doc. 10) is moot.

DONE and ORDERED on January 8, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE